ACCEPTED
03-15-00043-CR
6319497
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 9:07:24 PM
JEFFREY D. KYLE
CLERK

No. 03-15-0043-CR

| | | |
|---|---|---|
| KODY BROXTON | ) | IN THE COURT OF APPEALS |
| V. | ) | FOR THE THIRD DISTRICT |
| STATE OF TEXAS | ) | OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 9:07:24 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S MOTION TO
## EXTEND TIME TO FILE MOTION FOR REHEARING

NOW COMES, Kody Broxton, Appellant, through counsel, Ken Mahaffey, and moves this court to extend the time for filing a Motion for Rehearing in this cause. In support thereof Counsel would show the Court the following:

1. **Opinion Issued**. On July 15, 2015, this Court issued an opinion in this cause affirming the conviction.

2. **Motion for Rehearing Due**. Under Rule 91, Tex. R. App. Proc. (West 2015), any Motion for Rehearing was due on July 30, 2015, 15 days after the opinion is issued.

3. **Motion to Extend Time Timely.** Under Rule 49.8, Tex. R. App. Proc. (West 2015), a motion to extend time for filing a motion for rehearing is timely if filed within 15 days after the motion was due.

4. **Counsel on Vacation**. Counsel was on vacation and out of the office until July 31, 2015. As a result, counsel was unable to send the opinion and information concerning the right to seek further review *pro se* as required by Rule 48.4, Tex. R.

App. Proc. (West 2015).

5. **Duration of Extension Sought.** Counsel is respectfully requesting that the time for filing any Motion for Rehearing be extended to August 31, 2015 so that appellant's right to seek further review *pro se* will be preserved.

6. **Motion Not Made for Delay.** This Motion is made only to ensure the proper disposition of this case and not for the purposes of delay. In particular, because counsel was out of town, he was unable to send notice to appellant and seeks to ensure that his rights for any further review are preserved.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this time for filing any Motion for Rehearing in this cause be extended to August 31st, 2015.

Respectfully Submitted,

Ken Mahaffey

Ken Mahaffey
Counsel for Appellant
P.O. Box 684585
Austin, Texas 78768
(512) 444-6557
St. Bar. No. 12830050
*Ken_Mahaffey@yahoo.com*

## CERTIFICATE OF SERVICE

The above signature certifies that on July 31, 2015, this document was sent to the Bell County D.A.'s Office, P.O. Box 540, Belton, Texas 76513 and to Kody Broxton, TDCJ No. 01972710, Bartlett State Jail, 1018 Arnold Drive, Bartlett TX 76511.